UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNITED STATES OF AMERICA**                           **PLAINTIFF**

**v.**                  **CASE NO. 4:09cr00284 BSM**

**JAVIER TORRES GUZMAN and**
**EFREN DIAZ JASSO**                        **DEFENDANTS**

## ORDER

A bench trial was held on February 15, 2011. Both defendants, Javier Torres Guzman ("Guzman") and Efren Diaz Jasso ("Jasso") signed waivers of jury trial. Guzman was represented by Greg Bryant. Jasso was represented by Denese Fletcher. Anne Gardner represented the United States.

The government presented the testimony of Arkansas State Trooper Mike McNeill, Special Agent for the DEA Carlos Penagos, and DEA Forensic Chemist Brigid King, whose testimony was received by stipulation. Guzman and Jasso each testified in his own defense. At the close of the case, both Guzman and Jasso were found guilty on counts one and two of the October 8, 2009, indictment because the government proved its case beyond a reasonable doubt.

Guzman and Jasso will remain in custody and sentencing hearings will be set once a presentence investigation report has been prepared for each defendant.

IT IS SO ORDERED this 17th day of February, 2011.

                                                 _____
                                                 UNITED STATES DISTRICT JUDGE